RONALD W. BROWN, ESQ. (SBN 107340)
rbrown@cookbrown.com
CARRIE E. BUSHMAN, ESQ. (SBN 186130)
cbushman@cookbrown.com
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.:  916-442-3100
FACSIMILE NO.:  916-442-4227

Attorneys for Defendant MILLER PANELING SPECIALTIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLER PANELING SPECIALTIES, INC., <br><br> Petitioner, <br><br> v. <br><br> CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD; CARPENTERS LOCAL UNION 46, <br><br> Respondents. | Case No.  2:13-CV-01477-TLN-KJN <br><br> **STIPULATION AND ORDER TO CONTINUE THE JOINT STATUS REPORT FILNG DEADLINE PENDING RULING ON MOTION** <br><br> Action Filed:  07-23-13 |

The Parties, through their respective counsel, hereby stipulate to an order continuing the September 23, 2013 deadline to submit a Joint Status Report pending the Court's ruling on Respondents' Motion to Dismiss Petitioner's Petition to Vacate and Cross-Motion to Confirm Arbitration Award, which is scheduled to be heard on October 3, 2013, to a date not less than 10 court days following the Court's ruling on said motions.

STIPULATION CONTINUE JOINT STATUS REPORT DEADLINE
1

IT IS SO STIPULATED.

DATED: September 23, 2013         COOK BROWN, LLP
                                  RONALD W. BROWN, ESQ.
                                  CARRIE E. BUSHMAN, ESQ.


                                  By:  /s/ Carrie E. Bushman
                                       Attorneys for Petitioner
                                       MILLER PANELING SPECIALTIES, INC.


DATED: September 23, 2013         WEINBERG, ROGER & ROSENFELD
                                  DAVID ROSENFELD, ESQ.
                                  BLYTHE MICKELSON, ESQ.
                                  EZEKIEL CARDER, ESQ.
                                  DANIEL BROME, ESQ.


                                  By:  /s/ Daniel Brome
                                       Attorneys for Respondent
                                       CARPENTERS 46 NORTHERN
                                       CALIFORNIA COUNTIES CONFERENCE
                                       BOARD; CARPENTERS LOCAL UNION 46


## ORDER

The Court, having considered the above stipulation, and finding good cause, HEREBY ORDERS that the current deadline to file a Joint Status Report will be vacated and continued to a date not less than 10 court days following the Court's ruling on Respondents' Motion to Dismiss Petitioner's Petition to Vacate and Cross-Motion to Confirm Arbitration Award.

IT IS SO ORDERED.


Dated: September 23, 2013

                                  Troy L. Nunley
                                  United States District Judge