UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDFOX INDUSTRIES, INC., | No. 2:13-cv-02176-JAM-AC |
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASE ORDER** |
| CARPENTERS 46 NORTHERN CALIFORNIA, et al., | |
| Defendants. | |
| MILLER PANELING SPECIALTIES, INC., | No. 2:13-cv-1477-TLN-KJN |
| Plaintiff, | |
| v. | |
| CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD et al., | |
| Defendants. | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same defendants, are based on the same or similar claims, the same event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different

1

1  judges.  Accordingly, the assignment of the matters to the same judge is likely to affect a
2  substantial savings of judicial effort and is also likely to be convenient for the parties.
3           The parties should be aware that relating the cases under Local Rule 123 merely
4  has the result that these actions are assigned to the same judge; no consolidation of the action is
5  affected.  Under the regular practice of this court, related cases are generally assigned to the judge
6  and magistrate judge to whom the first filed action was assigned.
7           IT IS THEREFORE ORDERED that the action denominated 2:13-cv-02176-JAM-
8  AC, is hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J.
9  Newman for all further proceedings.  Any dates currently set in the reassigned case only are
10 hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be
11 shown as: 2:13-cv-02176 TLN KJN.
12          IT IS FURTHER ORDERED that the Clerk of Court make the appropriate
13 adjustment in the assignment of civil cases to compensate for this reassignment and issue an
14 Order Requiring a Joint Status Report for the undersigned.

16 Dated: October 29, 2013

                            Troy L. Nunley
                            United States District Judge